**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW  Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW  Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW  Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW  Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW  Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW  Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW  Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW  Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW  Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW  Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW  Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW  Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW  Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW  McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW  Davis v. Wyeth Inc et al

4:05-cv-01159-BRW  Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW  Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW  Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW  Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW  Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW  Cox et al v. Wyeth et al
4:06-cv-00080-BRW  Dressel v. Wyeth et al
4:06-cv-00124-BRW  Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW  Powers v. Wyeth et al
4:06-cv-00183-BRW  Harper et al v. Wyeth et al

4:06-cv-00426-BRW  Williams v. Wyeth Inc et al
4:06-cv-00530-BRW  Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW  Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW  Lopez et al v. Wyeth et al
4:06-cv-00588-BRW  Childress v. Wyeth Inc et al

4:06-cv-00593-BRW  Stone v. Wyeth Inc et al
4:06-cv-00597-BRW  Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW  Brink v. Wyeth Inc et al
4:06-cv-00687-BRW  Nichols v. Wyeth et al
4:06-cv-00870-BRW  Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

4:06-cv-00884-BRW Watts v. Wyeth et al
4:06-cv-00893-BRW Williams v. Wyeth et al
4:06-cv-00900-BRW Hare v. Wyeth et al
4:06-cv-01091-BRW Merkel v. Wyeth et al
4:06-cv-01170-BRW Decker v. Wyeth et al

4:06-cv-01177-BRW Mitchell v. Wyeth et al
4:06-cv-01215-BRW Johnston et al v. Wyeth et al
4:06-cv-01256-BRW Webb v. Wyeth et al
4:06-cv-01306-BRW Wicht v. Wyeth et al
4:06-cv-01307-BRW Parker v. Wyeth et al

4:06-cv-01308-BRW Tolleson v. Wyeth et al
4:06-cv-01309-BRW Jarvis v. Wyeth et al
4:06-cv-01310-BRW Williams v. Wyeth et al
4:06-cv-01311-BRW Durham v. Wyeth et al
4:06-cv-01312-BRW Downes v. Wyeth et al

4:06-cv-01332-BRW Meyer v. Wyeth et al
4:06-cv-01333-BRW Williams v. Wyeth et al
4:06-cv-01341-BRW Lester v. Wyeth et al
4:06-cv-01342-BRW Beane v. Wyeth et al
4:06-cv-01349-BRW Klein v. Wyeth et al

4:06-cv-01379-BRW Gist v. Wyeth et al
4:06-cv-01386-BRW Woody v. Wyeth et al
4:06-cv-01388-BRW Sgroe v. Wyeth et al
4:06-cv-01390-BRW Fish v. Wyeth Inc et al
4:06-cv-01394-BRW Knight v. Wyeth et al

4:06-cv-01397-BRW Green v. Wyeth et al
4:06-cv-01402-BRW Wilson v. Wyeth et al
4:06-cv-01423-BRW Staton v. Wyeth et al
4:06-cv-01428-BRW Stewart v. Wyeth et al
4:06-cv-01435-BRW Bond v. Wyeth et al

4:06-cv-01437-BRW Growden v. Wyeth et al
4:06-cv-01441-BRW Kirkland v. Wyeth et al
4:06-cv-01444-BRW Johnson v. Wyeth et al
4:06-cv-01445-BRW Middleton v. Wyeth et al
4:06-cv-01446-BRW Anderson v. Wyeth et al

4:06-cv-01447-BRW Vanatta v. Wyeth et al
4:06-cv-01449-BRW Pacheco v. Wyeth et al
4:06-cv-01451-BRW Totaro v. Wyeth et al
4:06-cv-01456-BRW D'Agostino v. Wyeth et al
4:06-cv-01457-BRW Straessle v. Wyeth et al

4:06-cv-01459-BRW Huff v. Wyeth et al
4:06-cv-01476-BRW Thomas v. Wyeth et al
4:06-cv-01477-BRW Marino v. Wyeth et al
4:06-cv-01478-BRW Frazier v. Wyeth et al
4:06-cv-01479-BRW Cameron v. Wyeth et al

4:06-cv-01522-BRW Bliss v. Wyeth et al
4:06-cv-01548-BRW Lyles v. Wyeth et al
4:06-cv-01567-BRW Ward v. Wyeth et al
4:06-cv-01568-BRW Person v. Wyeth et al
4:06-cv-01569-BRW Paradise v. Wyeth et al

4:06-cv-01575-BRW Edge v. Wyeth et al
4:06-cv-01593-BRW Dunn v. Wyeth et al
4:06-cv-01649-BRW Ferretti v. Wyeth et al
4:06-cv-01663-BRW Riese v. Wyeth Inc et al
4:06-cv-01667-BRW Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW Hipkins v. Wyeth et al
4:06-cv-01692-BRW Bechtel v. Wyeth et al
4:06-cv-01694-BRW Miller v. Wyeth et al
4:07-cv-00134-BRW Moses v. Wyeth et al
4:07-cv-00218-BRW Sams v. Wyeth et al

4:07-cv-00297-BRW Crowley v. Wyeth et al
4:07-cv-00599-BRW McKinney v. Wyeth et al
4:07-cv-00622-BRW Harvill et al v. Wyeth et al
4:07-cv-00729-BRW Watson v. Wyeth Inc et al
4:07-cv-01131-BRW Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW Gordon v. Wyeth et al
4:07-cv-01209-BRW Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW Waldo v. Wyeth et al
4:08-cv-00147-BRW Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW Miiller et al v. Wyeth et al
4:08-cv-00648-BRW Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW Polk v. Wyeth et al
4:08-cv-01419-BRW Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW Brown v. Wyeth Inc et al
4:08-cv-01423-BRW Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW Lieser v. Wyeth et al

4:08-cv-01500-BRW  Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW  Neuendorff v. Wyeth
4:08-cv-01549-BRW  Patrow v. Wyeth et al
4:08-cv-01550-BRW  Seckler v. Wyeth et al
4:08-cv-01679-BRW  Angle v. Wyeth Inc et al

4:08-cv-01680-BRW  Baer v. Wyeth Inc et al
4:08-cv-01681-BRW  Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW  Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW  Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW  Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW  Dubich v. Wyeth et al
4:08-cv-01771-BRW  Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW  Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW  Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW  Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW  McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW  Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW  Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW  Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW  Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW  Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW  Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW  Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW  Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW  Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW  Rappold et al v. Wyeth et al
4:08-cv-01794-BRW  Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW  Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW  McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW  Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW  Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW  Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW  Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW  Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW  Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW  Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW  Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW  Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW  Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW  Vargas et al v. Wyeth Inc et al

4:08-cv-01814-BRW   Eshleman et al v. Wyeth Inc et al
4:08-cv-01849-BRW   Zepher v. Bristol Myers Squibb Company
4:08-cv-01854-BRW   Buch et al v. Wyeth Inc et al
4:08-cv-01869-BRW   Baker v. Wyeth Inc et al
4:08-cv-01872-BRW   Hummel v. Wyeth Inc et al

4:08-cv-01887-BRW   McPherson v. Wyeth Inc et al
4:08-cv-01888-BRW   Evans v. Wyeth Inc et al
4:08-cv-01889-BRW   Kirchhoff v. Wyeth et al
4:08-cv-01893-BRW   Merrick v. Wyeth Inc et al
4:08-cv-01896-BRW   Doyle v. Wyeth et al

4:08-cv-01897-BRW   Miller v. Wyeth Inc et al
4:08-cv-01899-BRW   Mills v. Wyeth Inc et al
4:08-cv-01900-BRW   Barbour v. Wyeth Inc et al
4:08-cv-01902-BRW   Numainville-Chambers v. Wyeth Inc et al
4:08-cv-01905-BRW   Bayer v. Wyeth Inc et al

4:08-cv-01911-BRW   Crawford et al v. Wyeth Inc et al
4:08-cv-02312-BRW   Cowan v. Wyeth et al
4:08-cv-02385-BRW   Broskey v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02401-BRW   Wert et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02411-BRW   Humphreys et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02412-BRW   Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02430-BRW   Richter v. Wyeth et al
4:08-cv-02443-BRW   Horsfall v. Wyeth et al
4:08-cv-02448-BRW   Skinn v. Wyeth et al
4:08-cv-02454-BRW   Steenbock et al v. Wyeth et al

4:08-cv-02472-BRW   Wilson v. Wyeth Inc et al
4:08-cv-02570-BRW   Coleman et al v. Wyeth et al
4:08-cv-02574-BRW   Keedy et al v. Wyeth et al
4:08-cv-02580-BRW   Rembold v. Wyeth et al
4:08-cv-02584-BRW   DeBrower v. Wyeth et al

4:08-cv-02589-BRW   Davis v. Wyeth et al
4:08-cv-02660-BRW   Brown v. Wyeth Inc et al
4:08-cv-02668-BRW   Edwards et al v. Wyeth et al
4:08-cv-02673-BRW   Beecham v. Wyeth Inc et al
4:08-cv-02675-BRW   Handy v. Wyeth Inc et al

4:08-cv-02676-BRW   Manning v. Wyeth Inc et al
4:08-cv-02677-BRW   Miles et al v. Wyeth Inc et al
4:08-cv-02680-BRW   Hayes v. Wyeth Inc et al
4:08-cv-02687-BRW   Hacke et al v. Wyeth et al
4:08-cv-02690-BRW   Davis v. Wyeth Inc et al

4:08-cv-02692-BRW Kahl et al v. Wyeth et al
4:08-cv-02698-BRW Latorra et al v. Wyeth et al
4:08-cv-02699-BRW Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW Storm et al v. Wyeth et al
4:08-cv-02703-BRW Vent et al v. Wyeth et al

4:08-cv-02704-BRW Gorder et al v. Wyeth et al
4:08-cv-02707-BRW Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW Gay et al v. Wyeth et al
4:08-cv-02755-BRW Dobson v. Wyeth et al

4:08-cv-02759-BRW Thompson et al v. Wyeth et al
4:08-cv-02767-BRW Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW Stine v. Wyeth et al
4:08-cv-02792-BRW Mischke v. Wyeth et al
4:08-cv-02793-BRW Bierdeman et al v. Wyeth

4:08-cv-02794-BRW Wulff et al v. Wyeth
4:08-cv-02795-BRW Olson et al v. Wyeth et al
4:08-cv-02810-BRW Oliver et al v. Wyeth et al
4:08-cv-03125-BRW Clark v. Wyeth et al
4:08-cv-03154-BRW Clough v. Wyeth et al

4:08-cv-03155-BRW Dehne et al v. Wyeth et al
4:08-cv-03176-BRW Rinehimer v. Wyeth et al
4:08-cv-03209-BRW Berendt v. Wyeth et al
4:08-cv-03212-BRW Lepp v. Wyeth et al
4:08-cv-03227-BRW Ryan v. Wyeth et al

4:08-cv-03230-BRW Schulz v. Wyeth et al
4:08-cv-03290-BRW Serrano v. Wyeth et al
4:08-cv-03368-BRW Boehnlein v. Wyeth et al
4:08-cv-03378-BRW Nelson v. Wyeth et al
4:08-cv-03393-BRW Seidel v. Wyeth et al

4:08-cv-03397-BRW Docherty v. Wyeth et al
4:08-cv-03399-BRW Acosta v. Wyeth et al
4:08-cv-03502-BRW Wimberly v. Wyeth et al
4:08-cv-03531-BRW Taron et al v. Wyeth et al
4:08-cv-03533-BRW England et al v. Wyeth et al

4:08-cv-03818-BRW Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW Donovan et al v. Wyeth et al

4:08-cv-04124-BRW  Bell v. Wyeth et al
4:09-cv-00178-BRW  Coziahr v. Wyeth Pharmaceuticals Inc
4:09-cv-00180-BRW  Stroud et al v. Wyeth Inc et al
4:09-cv-00207-BRW  Smith v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00209-BRW  Kopinski v. Wyeth Pharmaceuticals Inc et al

4:09-cv-00258-BRW  Breese v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00260-BRW  Raspa v. Wyeth Inc et al
4:09-cv-00271-BRW  Turner et al v. Wyeth et al
4:09-cv-00690-BRW  Schwartz v Wyeth Inc et al
4:09-cv-00710-BRW  McClary et al v. Wyeth Inc et al

4:09-cv-00711-BRW  Castiglione v. Wyeth Inc et al
4:09-cv-00762-BRW  Rench et al v. Wyeth Inc et al
4:09-cv-00772-BRW  Nelson et al v. Wyeth et al
4:09-cv-00841-BRW  Coon et al v. Wyeth
4:09-cv-00842-BRW  Hendrickson v. Wyeth Inc et al

4:09-cv-00844-BRW  Skurow et al v. Wyeth et al
4:09-cv-00848-BRW  Helmick v. Wyeth Inc
4:10-cv-00413-BRW  Monroe v. Wyeth LLC et al
4:10-cv-00449-BRW  Behning v. Wyeth LLC et al
4:10-cv-00575-BRW  Pierson v. Wyeth LLC et al

4:10-cv-00576-BRW  Miller v. Wyeth LLC et al
4:10-cv-00583-BRW  Way v. Wyeth LLC et al
4:10-cv-00584-BRW  Wyatt v. Wyeth LLC et al
4:10-cv-00585-BRW  Shaw v. Wyeth LLC et al
4:10-cv-00594-BRW  Nichols et al v. Wyeth LLC et al

4:10-cv-00689-BRW  Campbell v. Wyeth LLC
4:10-cv-00690-BRW  Billingsley v. Wyeth LLC
4:10-cv-00691-BRW  Matthews et al v. Wyeth LLC
4:10-cv-00734-BRW  Ostroff v. Wyeth LLC et al
4:10-cv-00735-BRW  Horton v. Wyeth LLC et al

4:10-cv-00736-BRW  Maddox v. Wyeth LLC et al
4:10-cv-00737-BRW  Laws v. Wyeth LLC et al
4:10-cv-00738-BRW  Culver et al v. Wyeth LLC
4:10-cv-00739-BRW  Pruitt v. Wyeth LLC
4:10-cv-00740-BRW  Rodgers et al v. Wyeth LLC et al

4:10-cv-00741-BRW  Rhodes v. Wyeth LLC et al
4:10-cv-00742-BRW  Scott v. Wyeth LLC et al
4:10-cv-00743-BRW  Moore v. Wyeth LLC
4:10-cv-00745-BRW  Ramsey v. Wyeth LLC et al
4:10-cv-00758-BRW  Dula v. Wyeth LLC

4:10-cv-00788-BRW Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW Eden v. Wyeth LLC et al
4:10-cv-00900-BRW Downey v. Wyeth LLC et al
4:10-cv-00934-BRW Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW Rodgers v. Wyeth LLC
4:10-cv-00961-BRW Bishop v. Wyeth LLC

4:10-cv-01007-BRW Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW Powell v. Wyeth LLC et al
4:10-cv-01053-BRW Teaster v. Wyeth LLC
4:10-cv-01065-BRW Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW Garza v. Wyeth LLC et al
4:10-cv-01068-BRW Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW Fries v. Wyeth LLC et al
4:10-cv-01075-BRW Goode v. Wyeth LLC et al
4:10-cv-01136-BRW Strickland v Wyeth LLC

4:10-cv-01209-BRW Mann v. Wyeth LLC
4:10-cv-01263-BRW Bohanan v. Wyeth LLC
4:10-cv-01274-BRW Benton v. Wyeth LLC et al
4:10-cv-01358-BRW Moreno v. Wyeth LLC
4:10-cv-01359-BRW Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW Booker v. Wyeth Inc et al
4:10-cv-01432-BRW Hardin v. Wyeth et al
4:10-cv-01433-BRW Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW Gary v. Wyeth Inc et al
4:11-cv-00085-BRW Doolittle v. Wyeth